UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

VASCULAR INVESTMENTS, LLC        :

                                          :        Civil Action No. 09-3121 (SDW)

        Plaintiff (s)
                                       :

   vs

                                       :        ORDER OF DISMISSAL

JAMES F. MCGUCKIN, et al
                                       :

       Defendant(s)        :

It has been reported to the Court that the above-captioned matter has been settled,

**It is on this 17th day of December, 2009**

**ORDERED** that this action is hereby dismissed without prejudice and without costs, subject to the right of the parties upon good cause shown within **60 days**, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

                                                    **/s/ Susan D. Wigenton**
                                          UNITED STATES DISTRICT JUDGE